UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUZANNE SHAPIRO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VALLEY BETH SHALOM; CPE HR, INC.; MODERN HR, INC.; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 18-9347-GW(KSx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

　　　Good cause having been shown, IT IS HEREBY ORDERED:

　　　1.　　This action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1) against Defendants.

　　　2.　　The Parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

DATED: March 1, 2019

　　　　　　　　　　　　　　　　　　　*George H. Wu*
　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　The Honorable George H. Wu
　　　　　　　　　　　　　　　　　　　United States District Judge